**EXHIBIT D**

## ANALYSIS OF THE EVIDENCE

To: Management

From: Kara L. Mitchell
Investigator

Re: Armand Trnava v Chicago Cut Steakhouse
440-2019-02760

Date: October 22, 2019

### CP's Allegation(s)
CP alleged that because of his national origin, Kosovo, race, White, sex, male, and religion Muslim, he was harassed, sexually harassed and paid lower wages than promised at hire. PCP stated he was discharged on October 18, 2018.

**(b)(5)**

**(b)(5)**

Redacted 9 lines in 2nd paragraph and 3 lines in 3rd paragraph containing pre-decisional deliberation, analysis and/or recommendations and may interfere with enforcement proceedings.