# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARMEND A. TRNAVA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20 C 0928 ) ) Judge Sharon Coleman |
| CHICAGO CUT STEAKHOUSE, LLC, | ) ) ) Magistrate Judge Maria Valdez |
| Defendant. | ) |

## NOTICE OF MOTION

To:  Robert Holstein
 Allison K. Muth
 Law Offices of Holstein & Muth
 130 North Garland Court, Suite 1906
 Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Wednesday, September 1, 2021 at 10:45 a.m., we shall appear before the Honorable Judge Sharon Johnson Coleman, in Courtroom 1241, at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Agreed Motion for Extension of Time to File its Partial Motion to Dismiss Plaintiff's Amended Complaint and to Respond to Plaintiff's Rule 60(b) Motion**, a copy of which is being served upon you.

Dated: August 27, 2021

Respectfully submitted,

CHICAGO CUT STEAKHOUSE, LLC

By:  /s/Antonio Caldarone
 One of Its Attorneys

Antonio Caldarone
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
acaldarone@lanermuchin.com

## **CERTIFICATE OF SERVICE**

I, Antonio Caldarone, an attorney, hereby certify that on August 27, 2021, I caused to be served a copy of the foregoing **Notice of Motion**, in the above-captioned matter to be filed with the Clerk of the District Court and served on the parties of record, including those listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

>Robert Holstein
>Allison K. Muth
>Law Offices of Holstein & Muth
>130 North Garland Court, Suite 1906
>Chicago, Illinois 60602
>holsteinrobert3@gmail.com
>allison.muth.law@gmail.com

>/s/Antonio Caldarone
>Antonio Caldarone