# EXHIBIT 2

From:
Date: Mon, Sep 10, 2018 at 10:22 AM
Subject: Re:
To: David Flom <david.flom@chicagocutsteakhouse.com>

Good Morning David,

Happy to help.

I will be in Chicago Sept 23rd -26th and will contact you if time permits.

On July 17th, 2018 I brought in a group of partners to host a dinner at Chicago Cuts. 10 guests and only one women at our table was in attendance. Through the dinner we were approached by an employee who introduced himself as a Manager. Through the 2 hour dinner he approached the table an uncomfortable amount of times and found his way to making our guests extremely uneasy at every " table touch". Every visit to our table included resting his hands on the shoulders of our female business partner. It was disrespectful, and it was not just once but 4/5 times. It was so obvious that after one of the episodes          made it aware to the entire table that she did not feel comfortable and asked everyone to pay attention next time he circled back. Less than 5 minutes later I was in the middle of making a toast when the same Manager approached our table interrupted my speech to ask what we all did for work while resting his hands on '       : again, I was in complete disbelief at the lack of professionalism and respect this individual had for guests. I was very disappointed that our visit was shadowed by the unwarranted advancements/harassment and was keen to share my displeasure with you in hopes no other guest would have to experience the same treatment.

Let me know if I can be of any further assistance.

Respectfully,

π/s Ex. #2