# EXHIBIT 3

# CCS DISCIPLINARY NOTICE AND ACTION FORM

**Employee:** Aneel Trnava  **Position:** Hauger
**Date of Incident:** 9/14/18  **Time:** 12:30 p

**VIOLATION:**
- [ ] INSUBORDINATION
- [ ] ABSENTEEISM
- [x] RULE VIOLATION
- [ ] WORK QUALITY
- [ ] SAFETY VIOLATION
- [ ] NO-CALL/NO-SHOW
- [ ] TARDINESS
- [x] HARASSMENT
- [ ] ATTITUDE
- [ ] MISCONDUCT
- [x] VIOLATION OF REGULATORY POLICY
- [ ] FAILURE TO FOLLOW INSTRUCTIONS
- [ ] FALSIFICATION
- [ ] DRESS CODE
- [ ] OTHER

**COMPANY STATEMENT** [provide details of when, why, how, and what happened; use additional sheets if necessary]:

Based on the fact that this was the fourth incident of complaint by a guest about making physical/sexual/hitting on advances on them we file.

**Signed:** [signature]  **Title:** Hangar Partner  **Date:** 9/14/18

**EMPLOYEE STATEMENT:** [ ] I agree with Company Statement  [ ] I disagree with Company Statement

Reasons:

Signed:  Date:

| ACTION TO BE TAKEN NOW: | [ ] WARNING | [ ] FINAL WARNING | [x] DISCHARGE | [ ] OTHER |
| --- | --- | --- | --- | --- |
| NEXT VIOLATION WILL RESULT IN: | [ ] WARNING | [ ] FINAL WARNING | [ ] DISCHARGE | [ ] OTHER |

**ADDITIONAL CORRECTIVE ACTION:**

I acknowledge receipt of this Disciplinary Notice.  **Employee's Signature:** refused to sign  **Date:** 9/14/18

I have discussed this Disciplinary Notice with the employee.  **Supervisor's Signature:** [signature]  **Date:** 9/14/18

**Witness Signature:** Matt Moore Manager Partner 9/14/18 [signature]
**Print Name:**