# EXHIBIT 4

From: Robert Maguire <robert.maguire@chicagocutsteakhouse.com>
Date: September 8, 2018 at 4:55:23 PM CDT
To: David Flom <david.flom@chicagocutsteakhouse.com>, Matt Moore <matt.moore@chicagocutsteakhouse.com>
Subject: Armend T.

Today I received a phone call from _____ who had dinner with us on Tuesday the 4th of September at 6:30 pm. She sat at table 807 and Marco was her server. She told me she typically likes to have Stephen as her server, but he was not available. She complained about Marco being too pushy when she said her steak was under cooked and he tried to convince her that it was not. I spoke to Marco about this already... Her big complaint is that Armani gave his cell phone number to her daughter, there at the table and kept walking by the table flashing his cell phone at her, "as in why haven't you text me yet". _____ also said if there would of been a man at their table she feels this would of never happened, and loves Chicago Cut but does not feel comfortable coming here when things like this happen to her daughter who did not want anything to do with Armani. I apologized and told her we would be calling her back in the near future.

Her phone # :

Sincerely,
Robert Maguire

1

Exhibit 3 Docket # 182,68

## CCS DISCIPLINARY NOTICE AND ACTION FORM

**Employee:** Ameen, Trnava
**Position:** Manager
**Date of Incident:** 9/4/18
**Time:** 12:30 pm

**VIOLATION:**
- [ ] INSUBORDINATION
- [ ] ABSENTEEISM
- [x] RULE VIOLATION
- [ ] WORK QUALITY
- [ ] SAFETY VIOLATION
- [ ] NO-CALL/NO-SHOW
- [ ] TARDINESS
- [x] HARASSMENT
- [ ] ATTITUDE
- [ ] MISCONDUCT
- [x] VIOLATION OF REGULATORY POLICY
- [ ] FAILURE TO FOLLOW INSTRUCTIONS
- [ ] FALSIFICATION
- [ ] DRESS CODE
- [ ] OTHER

**COMPANY STATEMENT** [provide details of when, why, how, and what happened; use additional sheets if necessary]:

Guest complained that Ameen "slipped" her daughter his cell phone number — both the mother and daughter complained that he walked by

**Signed:** [signature]
**Title:** Managing Partner
**Date:** 9/4/18

**EMPLOYEE STATEMENT:** [ ] I agree with Company Statement  [ ] I disagree with Company Statement

**Reasons:**

**Signed:**
**Date:**

**ACTION TO BE TAKEN NOW:**
- [ ] WARNING
- [ ] FINAL WARNING
- [x] DISCHARGE
- [ ] OTHER

**NEXT VIOLATION WILL RESULT IN:**
- [ ] WARNING
- [ ] FINAL WARNING
- [ ] DISCHARGE
- [ ] OTHER

**ADDITIONAL CORRECTIVE ACTION:**

I acknowledge receipt of this Disciplinary Notice.
**Employee's Signature:** refused to sign
**Date:** 9/4/18

I have discussed this Disciplinary Notice with the employee.
**Supervisor's Signature:** [signature]
**Date:** 9/4/18

**Witness Signature:** Matt Moore managing partner 9/4/18 [signature]
**Print Name:**

2/3

multiple times flashing his phone in the air trying to encourage the daughter to text him. This is the fourth complaint from a guest about his behaviour.

3/3