# EXHIBIT 5

To whom it may Concern:

My name is Michael Genovese I was working for Southern Cut BBQ from December 29 ,2017 thru January 13,2018. I was a Assistant GM to Armend Trnava who was one of 8 General Managers I worked with within 1 years time. We worked under a very hostile environment. No matter what action was taken to address productive or problems at hand GM's as well as myself where violated with cruel and painful rhetoric. This included yelling swearing and condescending vulgarity. Also lie's about employee's and things they did not do, but where said they did. I did see like all other s how Armend was wrongfully treated. In the end of my employment there, I was let go for no reason. Finally when pushed for a reason I was told the position has been eliminated. This was told B.S. After my dismissal GM Stephen Taylor who gave me my bad news, resigned as well when told by ownership, that his family meant nothing and his job was everything. He need to understand that and ownership did care anything about his family only Southern Cut BBQ. Now I considerable cleaned that up. Without the ten condescending vulgarity adjectives that went with it. Any other assistants please let me know.

Thank You

Michael Genovese

Ex 4