# EXHIBIT 6



December 14, 2017

Dear Armend Armani Trnava-

I am pleased to confirm that after careful consideration; South Cut Barbeque has decided to extend to you an offer of employment starting on December 18th, 2017. The details of your offer are as follows:

Your position with the Company will be General Manager, and you will be expected to perform the job duties as described during the interview process. Your immediate supervisor will be David Flom and Matt Moore. The Company reserves the right to change your hours and duties as it deems necessary.

As previously discussed, you will receive a salary of $2,692.31 pay period. Southern Cut runs on a bi-weekly payroll schedule, therefore if you work for the restaurant for the entirety of a full payroll year, 26 pay periods, your annual salary should be approximately $70,000.00. As a General Manager, you are eligible for the Company's comprehensive health care benefits program after 30 days. Medical and Dental benefits are offered with a 50/50 split in premiums between the employee and employer. Furthermore, as a General Manager you will be eligible for two weeks of vacation that will start accruing 6 months after your hire date and a possible 10% bonus based on your performance and profitability of the restaurant. You will also receive five (5) paid sick days upon date of hire, however you are not eligible to use them until after 6 months of service. You will be eligible for three weeks of vacation after three years of service with Southern Cut.

Your employment with the Company is at-will, meaning either you or the Company may terminate the employment relationship at any time, with or without notice, and with or without cause, for any reason. To ensure a smooth transition into your new position at Southern Cut Barbeque, we will review your performance three months after your start date.

As a Company employee, you will be expected to abide by Company rules and policies as described in the Chicago Cut Employee Handbook. You may not disclose confidential Company information to unauthorized third parties.

This letter forms the complete and exclusive statement of employment between you and the Company. These employment terms supercede any other agreements, understandings, promises, or communications, written or oral, by or on behalf of the Company. This offer is contingent upon your successful completion of a background check and providing us appropriate proof of your identity and eligibility to work in the United States. We ask that you provide us this proof on your first day of employment because, under Federal law, we must verify your identity and authorization to work in the United States within three (3) days of your hire.

Should you choose to accept this offer of employment, please sign and date this letter and return to Jenna Salerno at Stratex Partners as soon as possible (444 N Michigan Ave, Suite 2800, Chicago, IL 60611) I hope you accept this offer, and I look forward to working with you.

Sincerely,


Chief Operating Officer


Chief Operating Officer  _____  Date:_____


Employee  _____  Date:_____